IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD D HUGHEY II,
and LAURA M HUGHEY,

    Plaintiffs,                              No. CIV S-09-0723 GEB EFB PS

    vs.

WELLS FARGO & CO. et al.,

    Defendants.                        <u>ORDER</u>
_____/

    For good cause shown, Fed. R. Civ. P. 6(b), plaintiffs' request, Dckt. No. 20, for an extension of time within which to respond to defendants' motions to dismiss, is GRANTED.

    Accordingly, the hearing on defendants' motions, Dckt. Nos. 12 and 18, currently scheduled for June 10, 2009, is rescheduled to Wednesday, July 8, 2009, at 10:00 a.m., in Courtroom No. 25.

    Additionally, the hearing on defendants' motions, Dckt. Nos. 9 and 10, currently scheduled for May 20, 2009, is also rescheduled to Wednesday, July 8, 2009, at 10:00 a.m., in Courtroom No. 25.

////

////

////

Opposition to these motions must be personally served upon the respective defendants, and filed with this court, no later than fourteen days preceding the new hearing date. E. D. Cal. L. R. ("Local Rule") 78-230(c).[1]

SO ORDERED.

DATED: May 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Electronic or mail service of an opposition upon the moving party must be made seventeen days preceding the scheduled hearing date. Local Rule 78-230(c).

2