IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD D. HUGHEY II,
and LAURA M. HUGHEY,

     Plaintiffs,                    No. CIV S-09-0723 GEB EFB PS

    vs.

WELLS FARGO & CO., et al.,

     Defendants.                 <u>ORDER</u>
_____/

        On January 20, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 20, 2010, are ADOPTED;

2. Defendants' motions to dismiss, Dckt. Nos. 9, 12, 18, are granted with prejudice and the Clerk is directed to close the case;

3. Plaintiffs' motion for a preliminary injunction, Dckt. No. 22, is denied; and

4. Defendant's motion for a more definite statement, Dckt. No. 10, is denied as moot.

Dated: March 3, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2